# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | NH70 |
| Violation Number | FBEQ00V4 |
| Officer Name | Howlett |
| Officer No. | 2248 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/23/2022 13:30 |
| Offense Charged | FED 36 CFR 261.58A |
| Place of Offense | SITE 47 HANCOCK CAMPGROUND |
| Offense Description: Factual Basis for Charge | CAMPING FOR A PERIOD LONGER THAN ALLOWED BY THE ORDER. |
| HAZMAT | ☐ |

Violation Number (sideways): FBEQ00V4

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Phone: | |
| Last Name | CARBONNEAU |
| First Name | HENRY |
| M.I. | |
| Street Address | |
| City | |
| State | |
| Zip Code | |
| Date of Birth | |
| Drivers License No. | |
| CDL | ☐ |
| D.L. State | |
| Social Security No. | |
| Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F | |
| Race | |
| Hair | |
| Eyes | |
| Height | |
| Weight | |

### VEHICLE

VIN:        CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 100.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court. 55 Pleasant St Concord, NH 03301 | Time (hh:mm) 10:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBEQ00V4

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/23/2022  while exercising my duties as a law enforcement officer in the _____ District of  NH

within the boundaries of the White Mountain National Forest through observation and investigation I determined that Henry Carbonneau had camped longer than allowed by order.

At approximately 12:43pm, Thursday 22, September 2022, I was contacted via text message by the campground hosts at Hancock Campground in Lincoln, NH. They Informed me that the people on site 47 had exceeded their 14-day occupancy limit and they had told them they had to leave. They told the hosts that it was raining and asked for more time. The hosts then told them that they it was going to rain and that they would be contacting me. Occupying or camping an area is limited to 14 days by Forest Supervisor's Order R9-22-19-28.

I am very familiar with the two males staying/living at the campsite and had previously identified them as Henry Carbonneau and Daniel Macomber from numerous previous contacts. They both are residing in a towed camper trailer and tent and have been for at least the last two years, on and off the National Forest. Carbonneau had previously been cited for over 14-day stay once and Macomber twice, by me. Macomber had also previously been cited by other LEOs for numerous other offenses. I decided to give them an extra day to vacate the site due to the rain. I went to the campground on 23 September 2022, at approximately 1:00pm and learned from the campground hosts, that Carbonneau and Macomber still hadn't left yet. I took photos of the fee envelopes showing that they had paid for campsite 47 since 7 September 2022. I had also seen their camper at the site every time I had driven through the campground over the last two weeks.

At approximately 1:32pm, I went to the campsite and observed that their site was still set up and it didn't appear that they were preparing to move. I contacted Carbonneau and Macomber who were in the trailer. While talking to them, Carbonneau stated that the reason why they didn't move was because of the rain and that they normally moved every 14 days. I told them I would let them stay one more night to move but that they would be receiving

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/23/2022                *Scott Hewlett* (signature)
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                     CMV = Commercial vehicle involved in incident